EDWARD J. WYNNE, SBN 165819
ewynne@wynnelawfirm.com
GEORGE R. NEMIROFF, SBN 262058
gnemiroff@wynnlawfirm.com
WYNNE LAW FIRM
Wood Island
80 E. Sir Francis Drake Blvd., Ste. 3G
Larkspur, CA 94939
Telephone: (415) 461-6400
Facsimile:  (415) 461-3900

*Attorneys for Plaintiffs and the putative class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LOPEZ, SAM WILLIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 18-cv-02346-VC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL L.R. 7-11 |

For good cause shown, the filing date for Plaintiffs' Opposition to Defendant Bank of America, N.A.'s Ex Parte Application For A No Contact Order, Protective Order, Or Temporary Restraining Order [ECF No. 67] is continued from June 11, 2019 until June 17, 2019.

**IT IS SO ORDERED.**

DATED:  June 7, 2019                                    _____
                                                        Hon. Vince Chhabria
                                                        Honorable District Court Judge

1

[PROPOSED] ORDER
Case No. 18-cv-02346-VC