**MCGUIREWOODS LLP**
Matthew C. Kane (SBN 171829)
mkane@mcguirewoods.com
Michael D. Mandel (SBN 216934)
mmandel@mcguirewoods.com
Lindsay L. Ryan (SBN 258130)
lryan@mcguirewoods.com
Ashley R. Li (SBN 317305)
ali@mcguirewoods.com
1800 Century Park East, 8th Fl.
Los Angeles, CA 90067-1501
Telephone: (310) 315-8200
Facsimile:  (310) 315-8210

Sylvia J. Kim (SBN 258363)
Email:  skim@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone:  415.844.9944
Facsimile:  415.844.9922

Attorneys for Defendant
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA LOPEZ, SAMUEL WILLIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 18-cv-02346-VC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, HONORABLE VINCE CHHABRIA, UNITED STATES DISTRICT JUDGE, AND TO PLAINTIFFS LAURA LOPEZ AND SAMUEL WILLIS AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that, effective immediately, John A. Van Hook is withdrawn as counsel of record for Defendant Bank of America, N.A. in this matter and should be removed from the docket of this case.  Counsel of record for Defendant otherwise remains the same.

DATED:  June 18, 2019                           McGuireWoods LLP

By:  /s/ Ashley R. Li
     Matthew C. Kane
     Michael D. Mandel
     Sylvia J. Kim
     Lindsay L. Ryan
     Ashley R. Li

Attorneys for Defendant
Bank of America, N.A.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 18, 2019, at Los Angeles, California.


ASHLEY R. LI